**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Aaron N. Solomon, Esq.
Email: ASolomon@kdvlaw.com

Saranicole A. Duaban, Esq.
Email: SDuaban@kdvlaw.com

April 19, 2022

**VIA ECF**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

> Application granted. The Initial Conference is adjourned *sine die*. Pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the parties shall prepare a joint statement explaining the basis for the proposed settlement, including any provision for attorney fees, and why it should be approved as fair and reasonable. The settlement agreement and joint statement shall be filed via ECF by May 3, 2022.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence at ECF 26.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> April 19, 2022

**Re: Fredy Luna Martinez et. al. v. K&P Facilities Maintenance, Inc.**

Your Honor:

This office represents K&P Facilities Maintenance, Inc. and Carlos Espinoza ("Defendants") in the above referenced matter.

In accordance with Your Honor's rules, the Parties request an adjournment of the initial conference currently scheduled for April 21, 2022 at 2:30 P.M. Plaintiffs' Counsel consented to this adjournment. The Parties are requesting this adjournment because they have settled in principle the instant case and are currently working on finalizing a settlement agreement. This is the Parties' first adjournment request of the initial conference. Thank you for your consideration of our request.

Respectfully submitted,
Kaufman Dolowich & Voluck, LLP

/s/ Saranicole A. Duaban
Saranicole A. Duaban

cc: All counsel of record via ECF