UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Fredy Luna Martinez, *et al.*,

    *Plaintiffs*,

v.

K&P Facilities Maintenance Inc., *et al.*,

    *Defendants*.

Civ. No. 21-CV-9987 (PMH)

## STIPULATION

It is hereby stipulated, by and between Plaintiffs Fredy Luna Martinez, Jaime Lopez Cruz, Miguel Elescano, Luz Elescano, Cristian Torres, Rosa Povis Villagary, Jacinto Animas, and Mario Alvarez Recinas (hereafter the "Represented Plaintiffs") on the one hand, and Defendants K&P Facilities Maintenance Inc. and Carlos Espinoza on the other hand, as follows:

(1) Due to a calculation error, Paragraph 4(q) of the Settlement and Release Agreement (the "Agreement") (submitted to the Court on May 23, 2022, ECF 34-1, Ex. 1)) in the above-referenced case is amended to state as follows: "One (1) check payable to 'Kakalec Law PLLC' in the total amount of Sixty-Seven Thousand, One Hundred and Seventy-Eight Dollars and One Cent ($67,178.01), representing payment of the Represented Plaintiffs' attorneys' fees of $65,911.01 and costs of $1,267." The total Settlement Amount of $199,000.00 set forth in the Agreement remains unchanged as a result of this Stipulation.

(2) Counsel have authority and are authorized to sign this Stipulation on behalf of their respective clients.

| KAKALEC LAW PLLC | KAUFMAN DOLOWICH & VOLUCK, LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Hugh Baran<br>195 Montague Street, 14th Fl.<br>Brooklyn, NY 11201<br>(212) 705-8730<br>hugh@kakaleclaw.com<br>*Counsel for the Represented Plaintiffs* | Aaron Solomon<br>Saranicole A. Duaban<br>135 Crossways Park Drive, Suite 201<br>Woodbury, NY 11797<br>(516) 277-2323<br>asolomon@kdvlaw.com<br>sduaban@kdvlaw.com<br>*Counsel for Defendants* |
| Dated: 6/1/22 | Dated: 6/1/22 |