UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDY LUNA MARTINEZ, et al.,

          Plaintiffs,

-against-

K&P FACILITIES MAINTENANCE INC., et al.,

          Defendants.

**ORDER**

21-CV-09987 (PMH)

PHILIP M. HALPERN, United States District Judge:

**WHEREAS**, Plaintiffs Fredy Luna Martinez ("Martinez"), Jamie Lopez Cruz ("Cruz"), and Miguel Elescano ("Elescano") filed a Complaint on November 24, 2021 as Class Representatives (Doc. 1), alleging that Defendants violated, *inter alia*, the Fair Labor Standards Act ("FLSA") by failing to pay Plaintiffs overtime compensation;

**WHEREAS**, Plaintiff Filomena Raquel Mateo Ampudia ("Ampudia") consented to join the lawsuit as an opt-in Plaintiff on November 29, 2021 (Doc. 10);

**WHEREAS**, Plaintiffs Christian Torres ("Torres"), Rosa Povis Vallagray ("Villagray"), Mario Alvarez Recinas ("Recinas"), Jacinto Animas ("Animas"), and Luz Elescano ("Elescano") also consented to join the lawsuit as opt-in Plaintiffs (Docs. 9, 11, 12, 18, 21);

**WHEREAS**, the Court granted Plaintiffs' counsel's request to withdraw as attorney for Ampudia on January 28, 2022 (Doc. 20) and Ampudia has, to date, not retained new counsel;

**WHEREAS**, Plaintiffs' counsel continues to represent Martinez, Cruz, Elescano, Torres, Vallagray, Recinas, Animas, and Elescano ("Represented Plaintiffs");

**WHEREAS**, the Represented Plaintiffs filed on April 19, 2022, a letter seeking to adjourn an April 21, 2022 conference *sine die* because the Represented Plaintiffs had reached a settlement in principal with Defendants (Doc. 26);

**WHEREAS**, the Represented Plaintiffs and Defendants ("Represented Parties") filed on May 24, 2022, a joint motion seeking approval of a proposed settlement agreement governing Represented Plaintiff's FLSA claims (Doc. 34; Doc. 34-1);

**WHEREAS**, the proposed settlement agreement filed on May 24, 2022 contained a material error, misstating the amount to be paid to Plaintiffs' counsel by omitting $1,267 in costs owed, and the Court ordered the parties to file a stipulation correcting the error by June 1, 2022 (Doc. 43-1; Doc. 38);

**WHEREAS**, the Represented Parties filed a stipulation correcting the proposed Settlement Agreement on June 1, 2022 (Doc. 39);

**WHEREAS**, having reviewed the proposed Settlement Agreement as corrected ("Proposed FLSA Settlement Agreement") (Doc. 43-1, Doc. 39) and related submissions, the Court finds, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), that the Proposed FLSA Settlement Agreement is fair and reasonable and that the attorneys' fees are reasonable as well, *see Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-37 (S.D.N.Y. 2012).

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the request to approve the Proposed FLSA Settlement Agreement is GRANTED; and it is further

**ORDERED** that the Clerk of the Court terminate Represented Plaintiffs (Martinez, Cruz, Elescano, Torres, Vallagray, Recinas, Animas, and Elescano) as Plaintiffs in this action and terminate the motion sequence pending at Doc. 34; and it is further

**ORDERED** that an initial conference is scheduled in this matter for July 12, 2022 at 3:30 p.m. by teleconference and that, at the time of the scheduled conference, the remaining parties in the action shall call the following number: (888) 398-2342; access code 3456831; and it is further

**ORDERED** that Defendants shall serve a copy of this Order on Plaintiff Ampudia and file proof of service on the docket.

**SO ORDERED:**

Dated: White Plains, New York
June 2, 2022

_____
PHILIP M. HALPERN
United States District Judge